May 16, 2008

Mr. Roger W. Hughes
Adams & Graham, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429

Honorable Mario E. Ramirez
332nd District Court
Hildago County Courthouse
100 N. Closner, 2nd Floor
Edinburg, TX 78539
Ms. Brandy M. Wingate
Attorney at Law
2504 Ponderosa Drive
Mission, TX 78572

Mr. Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, TX 78539

RE: Case Number: 05-0892
 Court of Appeals Number: 13-05-00441-CV
 Trial Court Number: C-783-00-F

Style: IN RE MCALLEN MEDICAL CENTER, INC., D/B/A MCALLEN MEDICAL
 CENTER AND UNIVERSAL HEALTH SERVICES, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions in
the above-referenced cause. Real Parties in Interest's Motion to Abate is
dismissed as moot. Real Parties in Interest's Motion to Seal Document is
granted. Relators' Unopposed Motion for Partial Dismissal and Relators'
Motion to Seal Motion Exhibits and Restrict View to In Camera Inspection
are both granted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. Omar |
| |Guerrero |